UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| John F. Buckley, III, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:16-CV-10562-GAO |
| Commissioner Carolyn W. Colvin | * |
| Defendant. | * |

ORDER OF DISMISSAL

July 31, 2017

O'Toole, D.J.

Pursuant to the OPINION AND ORDER [24] entered on 07/28/2017, this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge